**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

FREDRICK FISHER,

    Plaintiff,

v.                                                       Case No. 03-CV-71804-DT

WILLIAM OVERTON, ET AL.,

    Defendants.
                                               /

**ORDER STAYING PROCEEDINGS AND SETTING STATUS CONFERENCE**

On July 8, 2008, the court held a status conference with counsel in the above-captioned matter. During the conference, counsel indicated that the parties are pursuing fruitful negotiations and would benefit from additional time to do so. The court discussed with counsel the possibility of temporarily staying discovery and motion practice to allow the parties to continue their negotiations. Predicated on this discussion, and the representations of counsel, the court will suspend all deadlines until the August 11, 2008 status conference. Accordingly,

IT IS ORDERED that all formal proceedings in this matter, including discovery, motion practice and other deadlines that would otherwise apply under the Federal Rules of Civil Procedure, are STAYED until further order of the court. The parties are DIRECTED to continue their productive discussions.[1]

---

[1] The parties are deemed to reserve all rights and waive none by the imposition of this stay.

IT IS FURTHER ORDERED that the court will conduct a status conference on **August 11, 2008 at 2:00 p.m.** to determine the status of the case. Party representatives with full settlement authority are DIRECTED to appear.

                                               S/Robert H. Cleland
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT JUDGE

Dated: July 10, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 10, 2008, by electronic and/or ordinary mail.

                                               S/Lisa Wagner
                                               Case Manager and Deputy Clerk
                                               (313) 234-5522